United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Winters  
    Debtor

Case No. 15-16535-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: May 16, 2019  
                   Form ID: 138NEW    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.

```
db           +William Winters,    516 Colgate Ct.,    Bensalem, PA 19020-8208
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr           +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13595057     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
13595058     +Bank of America,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
13595059     +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
13595062   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101)
13922297     +Ditech Financial LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13595063     +Fbcs,   330 S Warminster Rd Ste,    Hatboro, PA 19040-3433
13595064     +Michael McKeever,    Attorney for Greentree,    701 Market Street Ste 5000,
               Philadelphia, PA 19106-1541
13595066     +Revenue Recovery Corp,    Po Box 50250,    Knoxville, TN 37950-0250
13691246      The Bank Of New York Mellon Fka, et al.,    Bank Of America, N.A.,    Po Box 31785,
               Tampa, FL 33631-3785
13735264      The Bank of NY Mellon,    c/o Paul Cressman, Esq.,    Phelan Hallinan Diamond & Jones LLP,
               1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:30     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bankruptcy.bnc@ditech.com May 17 2019 02:36:47
               Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
13595061      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:38:23     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
13595060     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:38:42     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13630322      E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:38:08
               LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
               Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13595065     ##+Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2019                                       Signature: /s/Joseph Speetjens

```
District/off: 0313-2           User: Randi                    Page 2 of 2                   Date Rcvd: May 16, 2019
                               Form ID: 138NEW                Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
               Successor, et. al. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor William  Winters support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York As Successor, et. al. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William Winters

      Debtor(s)

Bankruptcy No: 15−16535−jkf

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                For The Court
                                Timothy B. McGrath
                                Clerk of Court

Dated: 5/16/19

                                82 − 81
                           Form 138_new