United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-16535-jkf
William Winters                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1         Date Rcvd: Jun 25, 2019
                       Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db             +William Winters,    516 Colgate Ct.,    Bensalem, PA 19020-8208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
     ANDREW   SPIVACK    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As Successor, et. al. paeb@fedphe.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     PAUL H. YOUNG    on behalf of Debtor William  Winters support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
     PAUL WILLIAM CRESSMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As Successor, et. al. paeb@fedphe.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                  TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                       : Chapter 13

William Winters                                                    : Case No. 15–16535–jkf
       Debtor(s)

***ORDER***
_____

AND NOW, this day , June 25, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Jean K. FitzSimon
                    Judge , United States Bankruptcy Court